**No. 10-755. Dallas County, Texas, et al., Appellants v. Texas Democratic Party.**

565 U.S. 801, 132 S. Ct. 74, 181 L. Ed. 2d 1, 2011 U.S. LEXIS 6810.

October 3, 2011. On appeal from the United States District Court for the Northern District of Texas. Appeal dismissed as moot.

**No. 10-1183. Dallas County, Texas, et al., Appellants v. Texas Democratic Party.**

565 U.S. 801, 132 S. Ct. 74, 181 L. Ed. 2d 1, 2011 U.S. LEXIS 6724.

October 3, 2011. On appeal from the United States District Court for the Northern District of Texas. Judgment vacated, and case remanded to the United States District Court for the Northern District of Texas with instructions to enter a fresh judgment from which an appeal may be taken to the United States Court of Appeals for the Fifth Circuit.

**No. 10-1202. Chinese Daily News, Inc., Petitioner v. Lynn Wang, et al.**

565 U.S. 801, 132 S. Ct. 74, 181 L. Ed. 2d 1, 2011 U.S. LEXIS 6743.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of

Wal-Mart Stores, Inc. v. Dukes, 564 U.S. 338, 131 S. Ct. 2541, 180 L. Ed. 2d 374 (2011). Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 623 F.3d 743.

**No. 10-1262. China Terminal & Electric Corp., et al., Petitioners v. Jeffrey Willemsen, Personal Representative of the Estate of Karlene J. Willemsen, et al.**

565 U.S. 802, 132 S. Ct. 75, 181 L. Ed. 2d 1, 2011 U.S. LEXIS 6804.

October 3, 2011. On petition for writ of certiorari to the Supreme Court of Oregon. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of Oregon for further consideration in light of J. McIntyre Mach., Ltd. v. Nicastro, 564 U.S. 873, 131 S. Ct. 2780, 180 L. Ed. 2d 765 (2011).

**No. 10-1264. Kathleen Allison, Warden, Petitioner v. Steven Diaz.**

565 U.S. 802, 132 S. Ct. 75, 181 L. Ed. 2d 1, 2011 U.S. LEXIS 6822.

October 3, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Harrington

1